

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN WATTS, et al., ) | Case No. 06 C 3348 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| CYPRESS HILL, et al., ) | |
| ) | |
| Defendants. ) | |
| ────────────────────────── ) | |
| ) | |
| CYPRESS HILL, et al., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SUNLIGHT RECORDS, INC. d/b/a ) | |
| TWILIGHT/TWINIGHT RECORDS, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

### STIPULATION AND AGREED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by, between, and among counsel for plaintiffs Glenn Watts and Jimmy Lee Jones (collectively referred to herein as "Plaintiffs"), counsel for defendants Cypress Hill, Lawrence Muggerud, Senen Reyes, Louis Freese, Universal Music - MGB NA LLC f/k/a BMG Songs, Inc., Cypress Phunky Music, Universal Music Corp. d/b/a Universal – MCA Music Publishing f/k/a MCA Music Publishing, Soul Assassins Music, and Sony Music Entertainment, as successor in interest to Sony BMG Music Entertainment (improperly sued herein as Sony BMG Music Entertainment, Inc.) (collectively referred to herein as "Defendants") and counsel for third-party defendants Sunlight Records, Inc. d/b/a Twilight/Twinight Records and Edgewater Music Co. (collectively referred to herein as "Third-

Party Defendant") in the above-captioned action (the "Action"), that the Action is hereby voluntarily dismissed, without prejudice, and without costs as to any party as against any other, pursuant to Fed. R. Civ. Proc. 41(a);

IT IS FURTHER STIPULATED AND AGREED that, upon execution of a final Settlement Agreement, the parties may file a Stipulation of Dismissal with prejudice. Alternatively, if a final Settlement Agreement is not executed by the parties within thirty days of this Stipulation, any party may file a motion to reinstate the Action in order to compel compliance with the settlement reached by the parties.

| **DOWELL BAKER, P.C.** | **JENNER & BLOCK LLP** |
|---|---|
| By: /s/ Geoff A. Baker  <br> Geoff A. Baker, Esq.  <br> 201 Main Street, Suite 710  <br> Lafayette, Indiana 47901  <br> Telephone: (765) 429-4114 | By: /s/ Andrew H. Bart  <br> Andrew H. Bart, Esq.  <br> Carletta F. Higginson, Esq.  <br> 919 Third Avenue, 37th Floor  <br> New York, New York 10022  <br> Telephone: (212) 891-1600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**LAW OFFICE OF CHRIST S. STACEY**

By: /s/ Christ A. Stacey
Christ S. Stacey, Esq.
19 South LaSalle Street, Suite 1400
Chicago, Illinois 60603
(312) 781-9455

*Attorney for Third-Party Defendant*

SO ORDERED: 12-11-09

_____
CHARLES R. NORGLE, SR., U.S.D.J.

29643

2