

## EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLENN WATTS, et al., ) | Case No. 06 C 3348 |
| Plaintiffs, ) | |
| ) | |
| CYPRESS HILL, et al., ) | **STIPULATION AND ORDER** |
| ) | **OF DISMISSAL** |
| Defendants. ) | |
| CYPRESS HILL, et al., ) | |
| Third-Party Plaintiffs, ) | |
| v. ) | |
| SUNLIGHT RECORDS, INC. d/b/a ) | |
| TWILIGHT/TWINIGHT RECORDS et al., ) | |
| Third-Party Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by, between, and among counsel for plaintiffs Glenn Watts and Jimmy Lee Jones (collectively referred to herein as "Plaintiffs"), counsel for defendants Cypress Hill, Lawrence Muggerud, Senen Reyes, Louis Freese, Universal Music – MGB NA LLC f/k/a BMG Music Publishing NA, Inc., Cypress Phunky Music, Universal Music Corp. d/b/a Universal – MCA Music Publishing f/k/a MCA Music Publishing, Soul Assassins Music, and Sony Music Entertainment, as successor in interest to Sony BMG Music Entertainment (improperly sued herein as Sony BMG Music Entertainment, Inc.) (collectively referred to herein as "Defendants") and counsel for third-party defendants Sunlight Records, Inc. d/b/a Twilight/Twinight Records and Edgewater Music Co. (collectively referred to herein as "Third-Party Defendant") in the above-captioned action (the "Action"), that the

dispute between the parties having been voluntarily resolved pursuant to a Settlement Agreement and Release ("Agreement"), which Agreement is specifically incorporated by reference herein, the Action is hereby voluntarily dismissed with prejudice, and without costs as to any party as against any other, pursuant to Fed. R. Civ. Proc. 41(a).

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own costs and attorneys' fees.

Dated: **March 4**, 2010

| | |
|---|---|
| **DOWELL AND BAKER, P.C.** | **JENNER & BLOCK LLP** |
| By: s/Geoff A. Baker | By: s/Andrew H. Bart |
| Geoff A. Baker, Esq. | Andrew H. Bart, Esq. |
| 201 Main Street, Suite 710 | Carletta F. Higginson, Esq. |
| Lafayette, Indiana 47901 | 919 Third Avenue, 37th Floor |
| Telephone: (765) 429-4114 | New York, New York 10022 |
| | Telephone: (212) 891-1600 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**LAW OFFICE OF CHRIST S. STACEY**

By: s/Christ S. Stacey
Christ S. Stacey, Esq.
19 South LaSalle Street, Suite 1400
Chicago, Illinois 60603
(312) 781-9455

*Attorney for Third Party Defendant Sunlight*

SO ORDERED:

_____
CHARLES R. NORGLE, SR. U.S.D.J.

3/5/2010